IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Pratts, Gem C | Case Number:  07 B 13504 |
| | Judge:  Hollis, Pamela S |
| Printed:  4/29/08 | Filed:  7/27/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed:  March 17, 2008
Confirmed:  September 24, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 8,600.00 | |
| Secured: | | 8,135.60 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 464.40 |
| Other Funds: | | 0.00 |
| Totals: | 8,600.00 | 8,600.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Thomas R Hitchcock | Administrative | 3,564.50 | 0.00 |
| 2. | Illinois Dept of Revenue | Secured | 0.00 | 0.00 |
| 3. | Rescap Mortgage | Secured | 15,813.42 | 8,135.60 |
| 4. | JP Morgan Chase Bank | Secured | 4,376.58 | 0.00 |
| 5. | Preferred Credit | Secured | 484.60 | 0.00 |
| 6. | Rescap Mortgage | Secured | 54,317.23 | 0.00 |
| 7. | Illinois Dept of Revenue | Priority | 21,179.79 | 0.00 |
| 8. | Illinois Dept Of Healthcare And Family | Priority | 16,950.87 | 0.00 |
| 9. | Portfolio Recovery Associates | Unsecured | 1,116.36 | 0.00 |
| 10. | American Express Travel Relate | Unsecured | 567.88 | 0.00 |
| 11. | JP Morgan Chase Bank | Unsecured | 0.00 | 0.00 |
| 12. | Asset Acceptance | Unsecured | 2,157.44 | 0.00 |
| 13. | National Capital Management | Unsecured | 451.82 | 0.00 |
| 14. | Nicor Gas | Unsecured | 726.32 | 0.00 |
| 15. | RMI | Unsecured | 4,246.09 | 0.00 |
| 16. | Bmw Of North America | Unsecured | 7,977.59 | 0.00 |
| 17. | Illinois Dept of Revenue | Unsecured | 1,412.46 | 0.00 |
| 18. | Portfolio Recovery Associates | Unsecured | 1,599.71 | 0.00 |
| 19. | HomeComings Financial Network | Secured | | No Claim Filed |
| 20. | Attorney General | Priority | | No Claim Filed |
| 21. | Thomas R Hitchcock | Priority | | No Claim Filed |
| 22. | Harris Trust & Savings Bank | Unsecured | | No Claim Filed |
| 23. | American General Finance | Unsecured | | No Claim Filed |
| 24. | RMI/MCSI | Unsecured | | No Claim Filed |
| 25. | Credit Recovery | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Pratts, Gem C | | Case Number: 07 B 13504 |
|---|---|---|---|
| | | | Judge: Hollis, Pamela S |
| | Printed: 4/29/08 | | Filed: 7/27/07 |

| | | | | |
|---|---|---|---|---|
| 26. | MRSI | Unsecured | | No Claim Filed |
| 27. | Nationwide Credit Service | Unsecured | | No Claim Filed |
| 28. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 29. | Northern Leasing System | Unsecured | | No Claim Filed |
| 30. | Credit Recovery | Unsecured | | No Claim Filed |
| 31. | Chase | Unsecured | | No Claim Filed |
| 32. | Progressive Management Systems | Unsecured | | No Claim Filed |
| 33. | Preferred Credit | Unsecured | | No Claim Filed |
| 34. | RMI/MCSI | Unsecured | | No Claim Filed |
| 35. | RMI/MCSI | Unsecured | | No Claim Filed |
| 36. | RMI/MCSI | Unsecured | | No Claim Filed |
| 37. | Harris Trust & Savings Bank | Unsecured | | No Claim Filed |
| 38. | RMI/MCSI | Unsecured | | No Claim Filed |
| 39. | RMI/MCSI | Unsecured | | No Claim Filed |
| 40. | RMI/MCSI | Unsecured | | No Claim Filed |
| 41. | RMI/MCSI | Unsecured | | No Claim Filed |
| 42. | RMI/MCSI | Unsecured | | No Claim Filed |
| 43. | RMI/MCSI | Unsecured | | No Claim Filed |
| 44. | RMI/MCSI | Unsecured | | No Claim Filed |
| 45. | RMI/MCSI | Unsecured | | No Claim Filed |
| 46. | RMI/MCSI | Unsecured | | No Claim Filed |
| 47. | RMI/MCSI | Unsecured | | No Claim Filed |
| 48. | RMI/MCSI | Unsecured | | No Claim Filed |
| 49. | Tex Collect/Colection Agency | Unsecured | | No Claim Filed |
| 50. | Tex Collect/Colection Agency | Unsecured | | No Claim Filed |
| 51. | RMI/MCSI | Unsecured | | No Claim Filed |
| 52. | RMI/MCSI | Unsecured | | No Claim Filed |
| 53. | RMI/MCSI | Unsecured | | No Claim Filed |
| 54. | Target National Bank | Unsecured | | No Claim Filed |
| 55. | Progressive Management Systems | Unsecured | | No Claim Filed |
| 56. | RMI/MCSI | Unsecured | | No Claim Filed |
| 57. | Target Store/Retailers Bank | Unsecured | | No Claim Filed |
| 58. | Collection Company Of America | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 136,942.66 | $ 8,135.60 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 464.40 |
| | _____ |
| | $ 464.40 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Pratts, Gem C | Case Number: 07 B 13504 |
| | Judge: Hollis, Pamela S |
| Printed: 4/29/08 | Filed: 7/27/07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                                        Marilyn O. Marshall, Trustee, by:

